

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2021

No. 04-21-00122-CV

**IN RE** Catalina **SALAZAR**, Relator

Original Proceeding[1]

### ORDER

Relator's petition for writ of mandamus and motion for temporary relief are DENIED.

It is so **ORDERED** on April 14, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020-CV-0067, styled *Salazar v. Garza*, pending in the County Court at Law No. 1, Guadalupe County, Texas, the Honorable Bill Squires presiding.